OPINION OF THE COURT
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [b]), order affirmed, with costs. It cannot be said, as a matter of law, that the Appellate Division abused its discretion in granting defendants-respondents’ motions to dismiss the complaint pursuant to CPLR 3216 (see
 
 Levin v 40 Realty,
 
 80 AD2d 515, affd 54 NY2d 624;
 
 Sortino v Fisher,
 
 20 AD2d 25).
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.